# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABDUL RAHIM ABDUL RAZAK AL JANKO, )
                                                         )

          **Plaintiff,**                            )

                                                         )

                 v.                                    )     Civil Case No. 10-1702 (RJL)

ROBERT M. GATES,                           )

DONALD RUMSFELD,                      )

PAUL WOLFOWITZ,                        )

GORDON ENGLAND,                         )

REAR ADM. JAMES M. McGARRAH,        )

RICHARD B. MYERS,                      )

PETER PACE,                                 )

MICHAEL GLENN "MIKE" MULLEN,      )

GARY SPEER,                                )

JAMES T. HILL,                             )

BANTZ CRADDOCK,                       )

JAMES G. STAVRIDIS,                   )

MAJ. GEN. GEOFFREY D. MILLER,      )

                                                          )

BRIG. GEN. JAY HOOD,                              )
                                                  )
REAR ADM. HARRY B. HARRIS, JR.,                   )
                                                  )
MARK H. BUZBY,                                    )
                                                  )
DAVID THOMAS,                                     )
                                                  )
THOMAS H. COPEMAN III,                            )
                                                  )
ADOLPH MCQUEEN,                                   )
                                                  )
BRIG. GEN. NELSON J. CANNON,                      )
                                                  )
COL. MICHAEL BUMGARNER,                           )
                                                  )
COL. WADE DENNIS,                                 )
                                                  )
ESTEBAN RODRIGUEZ,                                )
                                                  )
PAUL RESTER,                                      )
                                                  )
DANIEL MCNEILL,                                   )
                                                  )
FRANK WIERCINSKI,                                 )
                                                  )
DOES 1-100                                        )
                                                  )
          Defendants.                             )

## ORDER
[Dkt. ## 13, 14]

For the reasons set forth above, it is this 22 day of December, 2011 hereby

**ORDERED** that Defendant United States' Motion to Dismiss Counts Five

Through Seventeen [Dkt. #13], and Individual Defendants' Motion to Dismiss Counts

One Through Four and Count Eighteen [Dkt. #14], are **GRANTED**; and it is further

2

**ORDERED** that the above-captioned case be dismissed with prejudice.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge